

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-20-00124-CV

**BILLY STONE** d/b/a Stobil Enterprise and All Occupants,
Appellant

v.

**K CLARK PROPERTY MANAGEMENT LLC**, Agent for Trans Ventura LLC Series B,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV00366
Honorable J Frank Davis, Judge Presiding

# O R D E R

On February 25, 2020, appellant filed a notice of appeal seeking to appeal a judgment of eviction signed on February 7, 2020. In his notice of appeal, appellant seeks to stay execution of a writ of possession issued on February 21, 2020. Under section 24.007 of the Texas Property Code, "[a] judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007. Because the judgment was signed on February 7, 2020, appellant was required to file with the Bexar County Clerk's Office the supersedeas bond in an amount set by Bexar County Court at Law No. 10 by February 17, 2020. According to the county clerk, as of February 25, 2020, no supersedeas bond has been filed by appellant, nor has a hearing to set a bond been requested. Accordingly, after review, we **DENY** appellant's request seeking to stay execution of the writ of possession. *See id*.; *see also Marshall v. Housing Auth. of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2020.

MICHAEL A. CRUZ,
Clerk of Court